**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NEUROPRA XIS, P.C. | ) | Case No. 07-06104 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 613
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on January 25, 2018, at 10:00 a.m., before the Honorable Deborah Thorne, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 613, Chicago, IL 60604.


Date Mailed:                                    By: /s/   David R. Herzog
                                                            Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 07-06104-DLT
Neuropra Xis, P.C.                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal           Page 1 of 2            Date Rcvd: Dec 21, 2017
                              Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db         +Neuropra Xis, P.C.,    270 East 90th Drive,    Merrillville, IN 46410-8102
11290416   #Aramark Uniform Services,    PO BOX 3906,    South Bend, IN 46619-0906
11290433   +Bloomfield Corp.,    6636 Melton Road,    Portage, IN 46368-1236
11290426   +Coverall North America, Inc.,    5201 Congress Ave Ste 275,    Boca Raton FL 33487-3609
11373256   +Ferguson, Luis,    71 Simmons Lane,    Staten Island NY 10314-4783
11373262   +GE Capital,    1010 Thomas Edison Blvd SW,    Cedar Rapids IA 52404-8247
12495287   +Julian Ungar-Sargon,    c/o Robert R Benjamin,    Querrey & Harrow Ltd,
             175 W Jackson Blvd Suite 1600,    Chicago, IL 60604-2686
11449331   +Laboratory Corporation of America,    Johnson and Repasky PLLC,    535 Wellington Way Suite 380,
             Lexington KY 40503-1389
11290425   +Lighthouse Electric,    165 West US Highway 6,    Valparaiso, IN 46385-7909
11290417   +Minuteman Press,    5898 US Hwy 6,    Portage, IN 46368-4852
11290424   ++NORTHERN LEASING SYSTEMS INC,    525 WASHINGTON BLVD 15 FLOOR,    JERSEY CITY NJ 07310-2603
             (address filed with court: Northern Leasing Systems,    132 West 31st Street, 14th Floor,
             New York, NY 10001-5095)
11290420   +Quality Laser Technologies,    1940 E North Street, Suite B,    PO BOX 843,
             Crown Point, IN 46308-0843
11373255   +Revilla, Emily,    71 Simmons Lane,    Staten Island NY 10314-4783
11373265   +Sport Orthopedic Rehab Inc,    3816 Grant Street,    Gary IN 46408-2150
11373271    Yellow Book USA,    c/o RMS Bankruptcy Recovery,    Services  P O Box 5126,    Timonium MD 21094

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11531508     E-mail/Text: cio.bncmail@irs.gov Dec 22 2017 00:55:15      Internal Revenue Service,
             Centralized Insolvency Operations,    P.O.Box 21126,    Philadelphia,Pa 19114
11373267   +E-mail/Text: doug.bauer@incontact.com Dec 22 2017 00:55:30      UCN,    14870 Pony Express Road,
             Bluffdale UT 84065-4899
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11290434   ##+St. John Plumbing,    PO BOX 365,    Schererville, IN 46375-0365
                                                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              Beverly A Berneman    on behalf of Stockholder    Julian Ungar-Sargon as 100% stockholder of
               Neuropraxis, PC baberneman@gct.law,
               mperez@gct.law;myproductionss@gmail.com;tstephenson@gct.law;aleon@gct.law
              David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net

```
District/off: 0752-1            User: corrinal              Page 2 of 2                  Date Rcvd: Dec 21, 2017
                                Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James E. Morgan    on behalf of Trustee David R Herzog jem@h2law.com, smckinney@howardandhoward.com
          Neal H Levin    on behalf of Other Prof.    David Herzog, not individually, but as Trustee of the Estates of In re: 06 B 8108 Julian Ungar-Sargon and In re: 07 B 6247 270-280 East 90, LLC nhlevin@freeborn.com,  kpaige@freeborn.com;bkdocketing@freeborn.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sven T Nylen    on behalf of Trustee David R Herzog sven.nylen@klgates.com
          Sven T Nylen    on behalf of Debtor 1    Neuropra Xis, P.C. sven.nylen@klgates.com
          Sven T Nylen    on behalf of Other Prof.    David Herzog, not individually, but as Trustee of the Estates of In re: 06 B 8108 Julian Ungar-Sargon and In re: 07 B 6247 270-280 East 90, LLC sven.nylen@klgates.com

          TOTAL: 9